**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: January 05, 2024
Docket #: 22-2813
Short Title: Baltas v. Chapdelaine

DC Docket #: 17-cv-242
DC Court: CT (NEW HAVEN)
DC Judge: Chatigny
DC Judge: Martinez

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8628.